**Bill ALLEN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27918.**

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

, PER CURIAM.·

Drunken driving is the offense, with a prior conviction for an offense of like character. The punishment herein assessed is a fine of $250 and fifteen days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed,